UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE IGNACIO, and ALBERTO IGNACIO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>JIANGNANNJ LLC d/b/a JIANG NAN NJC, JIANGNANNJM LLC d/b/a JIANG NAN NJM, and LEI CHEN, individually, | CIVIL ACTION NO.: 2:23-cv-22964 (WJM) (JBC) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs Jose Ignacio and Alberto Ignacio (collectively, "Plaintiffs") and Defendants Jiangnannj LLC d/b/a Jiang Nan NJC ("Jiang Nan NJC"), Jiangnannjm LLC d/b/a Jiang Nan NJM ("Jiang Nan NJC") and Lei Chen ("Chen"), ("Defendants"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties.

The Parties accordingly agree that the action be and is hereby dismissed, with prejudice, and with no award of attorneys' fees or costs by the Court to any party except for those provided under the Settlement Agreement entered into between the Parties.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Dated: 10/29/2024

| | |
|---|---|
| THE LAW OFFICES OF JACOB ARONAUER | HANG & ASSOCIATES, PLLC. |
| *Jacob Aronauer* | *Ge Qu* |
| Jacob Aronauer | Ge Qu |
| The Law Offices of Jacob Aronauer | Hang & Associates, PLLC |
| 250 Broadway | 136-20 38TH Avenue, Suite 10G |
| Suite 600 | Flushing, NY 11354 |
| New York, New York 10007 | Attorney for Defendants |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. William J. Martini

Dated: 10/30/24